

# Fourth Court of Appeals
## San Antonio, Texas

December 20, 2021

No. 04-21-00327-CV

**NETFLIX, INC**.; Netflix Worldwide Entertainment, LLC; Kyoko Miyake; Sarit G. Work; Samantha Knowles; Kate Gill; Jigsaw Productions, LLC; Muddy Waters Productions LLC; Alex Gibney; Philip Ross; Jo Ann Rivera; Laura A. Martinez; Brittany A. Martinez; Michelle C. Martinez; and Jose H. Martinez,
Appellants

v.

Tonya **Barina,**
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI04501
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

Appellants' reply brief is due on January 5, 2022. *See* TEX. R. APP. P. 38.6(c). Before the due date, Appellants filed an unopposed motion for an extension of time to file their reply brief.

Appellants' motion is GRANTED. Appellants' reply brief is due on February 4, 2022. *See id.* R. 38.6(d).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of December, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court